## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

LEE MADDEN                                                                                              PLAINTIFF
ADC #136534

v.                                        NO: 2:10CV00107 JLH/HDY

FOREMAN *et al.*                                                                                     DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 2nd day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE